USCA1 Opinion

 

 [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-1954 UNITED STATES, Appellee, v. MICHAEL KOHN, a/k/a Carlos Santiago Reyes, Defendant, Appellant. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jose Antonio Fuste, U.S. District Judge] Before Lynch, Circuit Judge, Bownes, Senior Circuit Judge, and Lipez, Circuit Judge.     Michael Kohn on brief pro se. Guillermo Gil, United States Attorney, Jorge E. Vega-Pacheco,Assistant United States Attorney, and Edna C. Rosario-Munoz,Assistant United States Attorney, on brief for appellee.MAY 26, 1999   Per Curiam. After carefully considering the briefs and record on appeal, we affirm the order below. Subpoenas may not be used as vehicles for discovery. United States v. Nixon, 418 U.S. 683, 698 (1974); Bowman Dairy Company v. United States, 341 U.S. 214, 218 (1951). Like other orders, they may not be issued except in the context of some proceeding or investigation which brings the matter legitimately before the court. In the Matter of Providence Journal Company, 820 F.2d 1342, 1347 (1st Cir. 1986). Affirmed. Loc. R. 27.1.